<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2149**

JOHN F. PIWOWARSKI,

              Plaintiff - Appellant,

     v.

FAYE MORGAN, Manager of Charles Town Towers,

              Defendant - Appellee.

**No. 08-2151**

JOHN F. PIWOWARSKI,

              Plaintiff - Appellant,

     v.

JEFFERSON COUNTY, WV,

              Defendant – Appellee.

Appeals from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:08-cv-00068-JPB-JES; 3:08-cv-00066-JPB-JES)

Submitted: May 4, 2009          Decided: June 1, 2009

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John F. Piwowarski, Appellant Pro Se.   Kirk H. Bottner, LAW
OFFICE OF KIRK H. BOTTNER, Charles Town, West Virginia, for
Appellee Faye Morgan.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals,[1] John F. Piwowarski appeals from the district court's orders dismissing his cases without prejudice because he did not pay the filing fees.[2] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Piwowarski v. Morgan, No. 3:08-cv-00068-JPB-JES (N.D. W. Va. Oct. 8, 2008); Piwowarski v. Jefferson County, No. 3:08-cv-00066-JPB-JES (N.D. W. Va. Oct. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] Although the district court did not consolidate the cases below, we do so because the cases raise the same issue on appeal.

[2] Because the district court's dismissals were without prejudice, Piwowarski may refile his complaints and pay the filing fees. We express no opinion on the timeliness or merits of his original complaints or any complaints he may file in the future.